UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS SICOLO,<br><br>    Defendant. | Case No. 2:23-cv-04333-SB-JC<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    Plaintiff Kimberly Frazier filed her complaint on June 2, 2023.  Dkt. No. 1.  On July 14, Plaintiff filed proof that service was completed on Defendant Luis Sicolo on July 5.  Dkt. No. 7.  Defendant failed to timely respond, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than September 13, 2023, why her claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before September 18, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

    IT IS SO ORDERED.

Date: September 11, 2023

                                                            Stanley Blumenfeld, Jr.
                                                            United States District Judge